

**IT IS ORDERED as set forth below:**

**Date: July 29, 2026**

_____
**Paul Baisier**
**U.S. Bankruptcy Court Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Tekela Dequett Smith | ) CASE NO. 26-56558-pmb |
| | ) CHAPTER 13 |
| Debtor. | ) |
| | ) Judge Paul Baisier |
| | ) |
| | ) |
| Progress Residential Borrower 4, LLC | ) CONTESTED MATTER |
| | ) |
| Movant. | ) |
| | ) |
| V. | ) |
| | ) |
| Tekela Dequett Smith, Debtor; and | ) |
| | ) |
| Melissa J. Davey, Trustee | ) |
| | ) |
| Respondents. | ) |
| | ) |

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY

On June 22, 2026, Progress Residential Borrower 4, LLC (hereinafter, "Movant") filed a

Motion For Relief From Automatic Stay (Doc. No. 31) (the "Motion"). The Motion concerns

rented real property known as 5055 Towne Park Dr, Mcdonough GA 30252 (the "Property"). A

1

hearing on said Motion was held on July 23, 2026, upon notice Movant contends was proper. No response or objection to the Motion was filed by the Debtor or Trustee, and similarly no opposition to Movant's Motion was announced by the Debtor or the Trustee.

The Court, having considered the Motion and all other matters of record, it is hereby

**ORDERED** that Movant's Motion is granted.  The automatic stay pursuant to 11 U.S.C. § 362(d) of the Bankruptcy Code is MODIFIED to allow Movant to pursue all remedies available under Georgia law as to the Property including, but not limited to, the right for Movant to proceed with a dispossessory action and judgment to obtain possession of the Property, and that the Property be abandoned as property of the estate. It is further

**ORDERED** that Movant may obtain a judgment as to Debtor within the course of a dispossessory action to recover possession of the Property for the post-petition rent only, but Movant is not permitted to pursue any collection activities on that judgment as to Debtor or the property of the estate during the pendency of the instant Bankruptcy. It is further

**ORDERED** that, pursuant to Movant's Motion, the 14 day stay prescribed by Bankruptcy Rule 4001(a)(3) is waived to allow Movant to proceed immediately with a dispossessory action.

[END OF DOCUMENT]

**Order presented by:**
/s/ Matthew F. Totten
MATTHEW F. TOTTEN
(Georgia Bar No. 798589)
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd Ste B136
Atlanta, GA 30338
Tel: (404) 692-4342
Email: mft@tottenfirm.com

**No Opposition:**
/s/ Delaycee S. Rowland (w/ exp perm)
 Delaycee S. Rowland
GA BAR NO. 773359
Office of K. Melissa J. Davey
Standing Chapter 13 Trustee
Suite 2250
233 Peachtree Street NE
Atlanta, GA 30303
Email: orders@atlch13tt.com

**Distribution List:**

Matthew Totten, Esq.
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd Ste B136
Atlanta, GA 30338

Joseph Chad Brannen
The Brannen Firm, LLC
Suite G
7147 Jonesboro Road
Morrow, GA 30260

U.S. Trustee
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Office of Melissa J. Davey
Standing Chapter 13 Trustee
Suite 2250
233 Peachtree Street NE
Atlanta, GA 30303

Tekela Dequett Smith, Debtor
5055 Towne Park Dr
Mcdonough GA 30252