

**IT IS ORDERED as set forth below:**

**Date: July 29, 2026**

_____
**Paul Baisier**
**U.S. Bankruptcy Court Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Tekela Dequett Smith | ) | CASE NO. 26-56558-pmb |
| | ) | CHAPTER 13 |
| Debtor. | ) | |
| | ) | Judge Paul Baisier |
| | ) | |
| | ) | |
| Progress Residential Borrower 4, LLC | ) | CONTESTED MATTER |
| | ) | |
| Movant. | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| Tekela Dequett Smith, Debtor; and | ) | |
| | ) | |
| Melissa J. Davey, Trustee | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY**

On June 22, 2026, Progress Residential Borrower 4, LLC (hereinafter, "Movant") filed a

Motion For Relief From Automatic Stay (Doc. No. 31) (the "Motion"). The Motion concerns

rented real property known as 5055 Towne Park Dr, Mcdonough GA 30252 (the "Property"). A

1

hearing on said Motion was held on July 23, 2026, upon notice Movant contends was proper. No response or objection to the Motion was filed by the Debtor or Trustee, and similarly no opposition to Movant's Motion was announced by the Debtor or the Trustee.

The Court, having considered the Motion and all other matters of record, it is hereby

**ORDERED** that Movant's Motion is granted.  The automatic stay pursuant to 11 U.S.C. § 362(d) of the Bankruptcy Code is MODIFIED to allow Movant to pursue all remedies available under Georgia law as to the Property including, but not limited to, the right for Movant to proceed with a dispossessory action and judgment to obtain possession of the Property, and that the Property be abandoned as property of the estate. It is further

**ORDERED** that Movant may obtain a judgment as to Debtor within the course of a dispossessory action to recover possession of the Property for the post-petition rent only, but Movant is not permitted to pursue any collection activities on that judgment as to Debtor or the property of the estate during the pendency of the instant Bankruptcy. It is further

**ORDERED** that, pursuant to Movant's Motion, the 14 day stay prescribed by Bankruptcy Rule 4001(a)(3) is waived to allow Movant to proceed immediately with a dispossessory action.

[END OF DOCUMENT]

**Order presented by:**
/s/ Matthew F. Totten
MATTHEW F. TOTTEN
(Georgia Bar No. 798589)
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd Ste B136
Atlanta, GA 30338
Tel: (404) 692-4342
Email: mft@tottenfirm.com

**No Opposition:**

/s/ Delaycee S. Rowland (w/ exp perm)
 Delaycee S. Rowland
GA BAR NO. 773359
Office of K. Melissa J. Davey
Standing Chapter 13 Trustee
Suite 2250
233 Peachtree Street NE
Atlanta, GA 30303
Email: orders@atlch13tt.com

**Distribution List:**

Matthew Totten, Esq.
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd Ste B136
Atlanta, GA 30338

Joseph Chad Brannen
The Brannen Firm, LLC
Suite G
7147 Jonesboro Road
Morrow, GA 30260

U.S. Trustee
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Office of Melissa J. Davey
Standing Chapter 13 Trustee
Suite 2250
233 Peachtree Street NE
Atlanta, GA 30303

Tekela Dequett Smith, Debtor
5055 Towne Park Dr
Mcdonough GA 30252

United States Bankruptcy Court

Northern District of Georgia

In re:                                                                                                          Case No. 26-56558-pmb

Tekela Dequett Smith                                                                                    Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 113E-9 | User: bncadmin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 30, 2026 | Form ID: pdf401 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: tekelahunter@gmail.com | Jul 30 2026 20:43:00 | Tekela Dequett Smith, 5055 Towne Park Dr, McDonough, GA 30252-6891 |
| ust | + Email/Text: ustpregion21.at.ecf@usdoj.gov | Jul 30 2026 20:50:00 | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2026                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Joseph Chad Brannen | on behalf of Debtor Tekela Dequett Smith chad@brannenlawfirm.com info@brannenlawfirm.com;5321@notices.nextchapterbk.com |
| Matthew Franklin Totten | on behalf of Creditor Progress Residential Borrower 4 LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email |
| Melissa J. Davey | mail@13trusteeatlanta.com  cdbackup@13trusteeatlanta.com |

District/off: 113E-9                                          User: bncadmin                                          Page 2 of 2
Date Rcvd: Jul 30, 2026                                       Form ID: pdf401                                         Total Noticed: 2
TOTAL: 3