**UNITED STATES BANKRUPTCY COURT**
**Northern District of Georgia**
**Atlanta Division**

In   Debtor(s)
Re:  **Tekela Dequett Smith**

Case No.: **26−56558−pmb**
Chapter:  **13**

# ORDER OF DISMISSAL FOR FAILURE TO PAY FILING FEES

On May 19, 2026, the Court entered an order authorizing Debtor or Debtors (hereinafter "Debtor") to pay the filing fee in installments, provided that Debtor paid the initial filing fee installment in full; paid the second filing fee installment payment within 30 days of the date the petition was filed; and paid the final filing fee installment payment within 60 days of the date the petition was filed. Debtor failed to pay timely

**the final filing fee installment.**

Debtor was notified of this deficiency and allowed additional time to make the payment.

The Debtor failed to pay timely the required filing fee installment. Accordingly, it is

ORDERED that the above−styled case is **dismissed**.

The Clerk is directed to serve a copy of this Order on Debtor, Debtor's counsel, Trustee, and all parties on the mailing matrix.

**SO ORDERED,** on August 10, 2026.

*Paul Baisier*

Paul Baisier
United States Bankruptcy Judge

Form 306f1113

United States Bankruptcy Court

Northern District of Georgia

In re:

Tekela Dequett Smith

　　Debtor

Case No. 26-56558-pmb

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 113E-9 | User: bncadmin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 10, 2026 | Form ID: 306f1113 | Total Noticed: 21 |

The following symbols are used throughout this certificate:

**Symbol**　　**Definition**

+　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| cr | + | Progress Residential Borrower 4, LLC, The Totten Firm, 5579 Chamblee-Dunwoody Rd, Ste B-136, Atlanta, GA 30350 UNITED STATES 30338-4154 |
| 25921245 | | Department Of Education, 101 Marietta Tower, Suite 423, Atlanta, GA 30323 |
| 25921247 | + | HPA Borrower 2019-2 LLC, Tah Georgia LLC, c/o Corporation Service Company, 2 Sun Court, Suite 400, Peachtree Corners, GA 30092-2865 |
| 25921251 | + | Online Information Ser, 1206 S Charles Blvd, Greenville, NC 27858-3448 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: tekelahunter@gmail.com | Aug 10 2026 20:56:00 | Tekela Dequett Smith, 5055 Towne Park Dr, McDonough, GA 30252-6891 |
| 25955762 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 10 2026 21:01:19 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 25921243 | + | EDI: CCS.COM | Aug 11 2026 00:32:00 | Credit Collection Serv, 725 Canton St, Norwood, MA 02062-2679 |
| 25921244 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 10 2026 20:58:00 | Dept Of Education/Neln, 121 S 13th St, Lincoln, NE 68508-1904 |
| 25921246 | | EDI: GADEPTOFREV | Aug 11 2026 00:32:00 | Georgia Department of Revenue, 2595 Century Parkway NE, Suite 339, Atlanta, GA 30345 |
| 25921248 | + | EDI: IRS.COM | Aug 11 2026 00:32:00 | Internal Revenue Service, P.O. Box 7317, Philadelphia, PA 19101-7317 |
| 25921249 | | EDI: JEFFERSONCAP.COM | Aug 11 2026 00:32:00 | Jefferson Capital Systems LLC, P.O. Box 7999, Saint Cloud, MN 56302 |
| 25900718 | | EDI: JEFFERSONCAP.COM | Aug 11 2026 00:32:00 | Jefferson Capital Systems LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 25913888 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 10 2026 21:00:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 25921250 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 10 2026 21:00:59 | Lvnv Funding Llc, Po Box 10497, Greenville, SC 29603-0497 |
| 25978649 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 10 2026 20:57:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 25897518 | + | Email/Text: bknotices@progressresidential.com | Aug 10 2026 20:58:00 | Progress Residential, 7500 N. Dobson Road, Suite 300, Scottsdale, AZ 85256-2727 |
| 25896057 | + | Email/Text: bknotices@progressresidential.com | Aug 10 2026 20:58:00 | Progress Residential Borrower 4, LLC, 7500 N Dodson Rd, Suite #300, Scottsdale, AZ 85256-2727 |
| 25955625 | | EDI: Q3G.COM | Aug 11 2026 00:32:00 | Quantum3 Group LLC as agent for, CKS Prime Investments LLC, PO Box 788, Kirkland, WA |

District/off: 113E-9                                      User: bncadmin                                          Page 2 of 2

Date Rcvd: Aug 10, 2026                                  Form ID: 306f1113                                    Total Noticed: 21

| | | | | 98083-0788 |
|---|---|---|---|---|
| 25921253 | Email/Text: bankruptcy@self.inc | | Aug 10 2026 20:57:00 | Self Financial/Lead Ba, 1801 Main St, Kansas City, MO 64108 |
| 25923318 | Email/Text: USAGAN.Bankruptcy@usdoj.gov | | Aug 10 2026 20:57:00 | United States Attorney, Northern District of Georgia, 75 Ted Turner Drive SW, Suite 600, Atlanta GA 30303-3309 |
| 25921242 | EDI: G2RSVELOCITY | | Aug 11 2026 00:32:00 | Cks Prime Investments, 1800 Route 34n Suite 305, Wall, NJ 07719 |

TOTAL: 17

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 25921252 | *+ | Progress Residential, 7500 N. Dobson Road, Suite 300, Scottsdale, AZ 85256-2727 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2026                       Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Joseph Chad Brannen | |
| | on behalf of Debtor Tekela Dequett Smith chad@brannenlawfirm.com info@brannenlawfirm.com;5321@notices.nextchapterbk.com |
| Matthew Franklin Totten | |
| | on behalf of Creditor Progress Residential Borrower 4  LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email |
| Melissa J. Davey | |
| | mail@13trusteeatlanta.com  cdbackup@13trusteeatlanta.com |

TOTAL: 3