**UNITED STATES BANKRUPTCY COURT**

Northern District of Georgia
Atlanta Division 1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404–215–1000

| | | |
|---|---|---|
| In Re: | **Tekela Dequett Smith**<br><br>Debtor(s) | Case No.: **26–56558–pmb**<br>Chapter: **13**<br>Judge: **Paul Baisier** |

**ORDER TO EMPLOYER TO TERMINATE ORDER TO DEDUCT OR REMIT**

To: Unifi Service

It appearing that this case was DISMISSED on 8/10/26,

It is hereby ORDERED that the previous Order issued by this Court directing the Employer to deduct a portion of the above–referenced Debtor(s) wages is hereby TERMINATED, thus relieving the Employer of any obligation to deduct from any monies due and owing to the debtor.

The Clerk is directed to serve a copy of this Order on Debtor, Debtor's Counsel, any Trustee, and Employer.

SO ORDERED, on 8/28/26

Paul Baisier
UNITED STATES BANKRUPTCY JUDGE

Dated: August 28, 2026

Form termedo –08/2019

United States Bankruptcy Court
Northern District of Georgia

In re: Tekela Dequett Smith, Debtor — Case No. 26-56558-pmb, Chapter 13

# CERTIFICATE OF NOTICE

District/off: 113E-9 | User: bncadmin | Page 1 of 2
Date Rcvd: Aug 28, 2026 | Form ID: termedo | Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| | + | Unifi Service, 1007 Virginia Ave., Atlanta, GA 30354-1382 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: tekelahunter@gmail.com | Aug 28 2026 20:56:00 | Tekela Dequett Smith, 5055 Towne Park Dr, McDonough, GA 30252-6891 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Joseph Chad Brannen | on behalf of Debtor Tekela Dequett Smith chad@brannenlawfirm.com info@brannenlawfirm.com;5321@notices.nextchapterbk.com |
| Matthew Franklin Totten | on behalf of Creditor Progress Residential Borrower 4 LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email |
| Melissa J. Davey | mail@13trusteeatlanta.com cdbackup@13trusteeatlanta.com |

TOTAL: 3