**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| In re: TEKELA DEQUETT SMITH<br>Debtor(s) | Case No. 26-56558-PMB |
|---|---|

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Melissa J. Davey, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/18/2026.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 08/10/2026.

6) Number of months from filing to last payment: 1.

7) Number of months case was pending: 6.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $12,900.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $250.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** **$250.00**

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $122.38 |
| Court Costs | $117.00 |
| Trustee Expenses & Compensation | $10.62 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$250.00**

Attorney fees paid and disclosed by debtor: $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ASHLEY FUNDING SERVICES LLC | Unsecured | NA | 14.52 | 14.52 | 0.00 | 0.00 |
| Credit Collection Serv | Unsecured | 349.00 | NA | NA | 0.00 | 0.00 |
| Dept Of Education/Neln | Unsecured | 1,003.00 | NA | NA | 0.00 | 0.00 |
| Dept Of Education/Neln | Unsecured | 1,753.00 | NA | NA | 0.00 | 0.00 |
| DP OF EDUC | Unsecured | 1,901.00 | NA | NA | 0.00 | 0.00 |
| DP OF EDUC | Unsecured | 1,662.00 | NA | NA | 0.00 | 0.00 |
| GEORGIA DEPARTMENT OF REVENU | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| HPA Barrower 2019-2 LLC, Tah Georgia ] | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 521.00 | 520.28 | 520.28 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 511.00 | 510.14 | 510.14 | 0.00 | 0.00 |
| LVNV FUNDING, LLC | Unsecured | 468.00 | 468.98 | 468.98 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT, II | Unsecured | NA | 615.22 | 615.22 | 0.00 | 0.00 |
| ONLINE INFORMATION SER | Unsecured | 181.00 | NA | NA | 0.00 | 0.00 |
| ONLINE INFORMATION SER | Unsecured | 496.00 | NA | NA | 0.00 | 0.00 |
| PROGRESS RESIDENTIAL | Secured | 8,106.00 | 8,105.27 | 8,105.27 | 0.00 | 0.00 |
| PROGRESS RESIDENTIAL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 890.00 | 890.04 | 890.04 | 0.00 | 0.00 |
| SELF FINANCIAL/ LEAD BANK | Unsecured | 84.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $8,105.27 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$8,105.27** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$3,019.18** | **$0.00** | **$0.00** |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $250.00 | |
| Disbursements to Creditors | $0.00 | |
| **TOTAL DISBURSEMENTS** : | | **$250.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 11/12/2026 By: /s/ Melissa J. Davey
Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION
CHAPTER 13

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 26-56558-PMB |
| TEKELA DEQUETT SMITH | ) | |
| | ) | |
| | ) | |
| DEBTOR | ) | |

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day electronically filed the foregoing Chapter 13 Trustee's Final Report and Account using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

**Attorney for the Debtor(s):**
THE BRANNEN FIRM, LLC

I further certify that on this day I caused a copy of this document to be served via first class mail, with adequate postage prepaid on the following parties set forth below at the address shown for each.

DEBTOR(S):
TEKELA DEQUETT SMITH
5055 TOWNE PARK DR
MCDONOUGH, GA 30252
Dated: 11/12/2026

/s/ Melissa J. Davey

Melissa J. Davey, Chapter 13 Trustee
State Bar No. 206310
Standing Chapter 13 Trustee
233 PEACHTREE STREET NE
SUITE 2250
Atlanta, GA 30303
(678)510-1444